```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

     - v. -                        :      INDICTMENT

ASTLEY RICKETTS,                   :      08 Cr. 125
   a/k/a "Perry Bryan,"
   a/k/a "Anthony Wilson,"         :

          Defendant.               :

- - - - - - - - - - - - - - - - - - -x
```

**ORIGINAL**

COUNT ONE

The Grand Jury charges:

On or about April 6, 2007, in the Southern District of New York and elsewhere, ASTLEY RICKETTS, a/k/a "Perry Bryan," a/k/a "Anthony Wilson," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about November 3, 1988, in Dallas, Texas, for, among other things, aggravated criminal robbery, serious bodily harm, in violation of Section 29.03 of the Texas Penal

Code, and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney